Certificate Number: 05781-GAN-DE-041193900

Bankruptcy Case Number: 26-58531



05781-GAN-DE-041193900

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on July 11, 2026, at 11:04 o'clock AM PDT, Lashayla Criner completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C.  111 to provide an instructional course concerning personal financial management in the Northern District of Georgia.

Date:   July 11, 2026                    By:     /s/Allison M Geving

                                         Name:   Allison M Geving

                                         Title:   President